**Order entered May 13, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00918-CV

## IN THE INTEREST OF S.I.J., S.M.J., S.D.J. II, CHILDREN

**On Appeal from the 255th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-20-07514**

### ORDER

Before the Court is appellant's May 12, 2022 motion for an extension of time to file his brief on the merits. We **GRANT** the motion and extend the time to **June 13, 2022**.

/s/     CRAIG SMITH
         JUSTICE